JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA DOLORES LEDEZMA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 5:25-cv-02293-AS<br><br>[~~PROPOSED~~]  JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 7, 2026

                                         / s / Sagar
                                     HON. ALKA SAGAR
                                     UNITED STATES MAGISTRATE JUDGE